

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Candido John Caniglio, Appellant

No. 06-19-00080-CV        v.

Michael J. Woods, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-19-44288).   Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we vacate the trial court's order and remand the case to the trial court for further proceedings.

We further order that the appellee, Michael J. Woods, pay all costs of this appeal.

RENDERED DECEMBER 18, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk